AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

United States of America

v.

$79,960.00 in United States currency

**APPEARANCE**

Case Number: 08 Civ. 6622 (DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The United States of America

I certify that I am admitted to practice in this court.

August 28, 2008
Date

*[Signature]*
Signature

Jeff Alberts
Print Name

JA-9809
Bar Number

One St. Andrew's Plaza
Address

New York   NY   10007
City   State   Zip Code

(212) 637-1038   (212) 637-0421
Phone Number   Fax Number